IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY:   CIVIL ACTION NO. MDL 875
LITIGATION (NO. VI)                :

_____

**This document relates to:**

_____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THREA ODOM, et al.

    VS                                 CASE NO. 3:05cv273/MCR/MD

ALLIS-CHAMBERS, et al.

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   October 17, 2005
Type of Motion/Pleading: MOTION FOR ORDER COMPELLING RELEASE OF PATHOLOGY
Filed by: Plaintiffs    on 10/14/05    Document 144
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
Defendant, Eaton Corporation    on 10/24/05    Doc.# 163
                                on _____    Doc.# _____

WILLIAM M. McCOOL, CLERK OF COURT

*s/Elizabeth Cooley*
Deputy Clerk: Elizabeth Cooley

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 26th day of October, 2005, that:

(a) The requested relief is DENIED without prejudice.

(b) Within ten (10) days counsel shall present to the court an agreed order concerning custody and the other matters referred to in Eaton Corp.'s response, or present arguments on why or why not, and to what extent, such an order should be entered.

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE