IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | Civil Action No. MDL 875 |

This Document Relates to:

| | |
|---|---|
| HENRY ODOM and TAMMI T. ODOM, As Personal Representation for the Estate Of THREA ODOM, <br><br> Plaintiffs, <br><br>vs. | United States District Court Northern District of Florida Pensacola Division Civil Action No.: 3.05-CV000273-MCR-MD |

ALLIS-CHALMERS;

AVENTIS CROPSCIENCE USA, INC., n/k/a BAYER CROPSCIENCE, INC., as Successor to AMCHEM PRODUCTS, INC.;

ANCHOR PACKING COMPANY;

ANCO INSULATION;

A.W. CHESTERTON COMPANY;

HONEYWELL INTERNATIONAL, INC., as successor in interest to ALLIED SIGNAL, INC., and the BENDIX CORPORATION;

INDUSTRIAL HOLDINGS CORPORATION, f/k/a Carborundum;

CERTAINTEED;

CRANE COMPANY;

CROWN CORK & SEAL USA, INC., Successor to MUNDET CORK;

DANA CORPORATION;

E.I. DUPONT DE NEMOURS & COMPANY;

DURABLA MANUFACTURING CO.;

DURCO INTERNATIONAL;

EATON CORPORATION, as successor in interest to Aeroquip-Vickers;

EDWARD VALVES;

FLEXITALLIC;

FLOWSERVE US, INC., f/k/a DURAMETALLIC;

DANIEL INTERNATIONAL CORPORATION;

GARLOCK, INC.;

GENERAL ELECTRIC COMPANY;

GEORGIA-PACIFIC CORPORATION;

GOULD'S PUMPS INC.;

JAMESBURY;

JOHN CRANE, INC.;

LINCOLN ELECTRIC CO.;

METROPOLITAN LIFE INSURANCE COMPANY;

MOBIL CORPORATION;

MONSANTO CO., f/k/a CHEMSTRAND f/k/a PHARMACIA d/b/a SOLUTIA; a Florida Corporation;

OWENS-ILLINOIS;

POWELL VALVES;

SEALING EQUIPMENT PRODUCTS COMPANY, INC.;

SQUARE D COMPANY;

UNION CARBIDE CORPORATION;

UNIROYAL HOLDING, INC.;

VIACOM, INC., successor in interest by merger
to CBS CORPORATION f/k/a WESTINGHOUSE
ELECTRIC CORPORATION;

YARWAY CORPORATION;

        Defendants.

==============================================================

## ORDER

Upon Plaintiff's Motion to Amend the Complaint, it is hereby ORDERED, JUDGED AND DECREED that Plaintiff's Motion is hereby granted.

Dated this 4th day of December, 2006

Judge ~~Northern District of Florida~~ ~~Pensacola Division~~ J.

James T. ~~Giles~~