IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
~~JUDICIAL PANEL ON MULIDISTRICT LITIGATION~~

CASE NO. 3:05-cv-00273-MCR-MD

ND-FL

HENRY ODOM, as Personal
Representative of the Estate of
THREA ODOM,

        Plaintiff,

vs.

GENERAL ELECTRIC COMPANY, et al.,

        Defendants.
_____/

**ORDER FOR SUBSTITUTION OF COUNSEL**

THIS CAUSE, having come to be heard upon the foregoing Joint Stipulation for Substitution of Counsel and the Court being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Bice Cole Law Firm, PL is hereby appointed as counsel of record for Defendant, General Electric Company., and that Hawkins & Parnell, LLP, is hereby relieved from any further responsibility as counsel for Defendant.

DONE AND ORDERED in Chambers at Philadelphia, ~~Florida~~ PA this 25th day of April, 2008.

_____
~~CIRCUIT COURT~~ JUDGE
James T. Giles

U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

Copies furnished to: all counsel of record on the attached service list

2008 MAY -1  AM 11: 28

FILED