IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | Civil Action No.: MDL 875 |

This Document Relates to:

| | |
|---|---|
| HENRY ODOM and TAMMI T. ODOM, As Personal Representation for the Estate of THREA ODOM, <br><br>Plaintiffs, <br><br>vs. <br><br>ALLIS-CHALMERS, et al., <br><br>Defendants. | United States District Court Northern District of Florida Pensacola Division Civil Action No.: 3:05CV273 MCR-MD <br><br><br>*ORDER OF DISMISSAL* |

IT APPEARING that both the Plaintiff and the Defendant Industrial Holdings Corporation agree this Defendant should be dismissed from the case.

NOW THEREFORE, upon the motion of Pierce, Herns, Sloan & McLeod, LLC, attorneys for this Defendant, by and with the consent of V. Brian Bevon, attorney for the Plaintiff.

IT IS HEREBY ORDERED that the above-entitled action be dismissed with prejudice as to the above-referenced defendant only.

4/28/09

~~Honorable James T. Giles~~ Eduardo C. Robreno
United States District Court Judge

1

| WE MOVE: | WE CONSENT: |
|---|---|
| s/ Joseph C. Wilson, IV | s/ V. Brian Bevon |
| Joseph C. Wilson, IV (Florida Bar No. 0069795) | V. Brian Bevon, Esquire |
| George L. Inabinet, Esquire | |
| Pierce, Herns, Sloan & McLeod, LLC | Motley Rice LLC |
| 321 East Bay Street | 28 Bridgeside Blvd. |
| Charleston, SC 29413 | Mt. Pleasant, SC 29464 |
| Attorneys for Defendant | Attorneys for Plaintiff |
| Industrial Holdings Corporation | |

2

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

3:05cv273

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
215) 597-

RE: ASBESTOS PRODUCTS LIABILITY LITIGATION   (VI)   MDL 875

Dear Clerk:

Enclosed please find executed orders pertaining to the referenced litigation. Since our clerk's office is not maintaining the court records on the involved 93,000 actions, we are forwarding these orders to you for summary entry on the individual dockets, distribution to counsel of record and other appropriate action.

Thank you in advance for your time and attention. If you have any questions, please call me at (267) 299-7019.

Sincerely,

MICHAEL E. KUNZ
CLERK OF COURT

By: MDL Coordinator

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA
PENSACOLA FLA

enclosure:

2009 MAY -4  AM 10: 21

